# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Haden Buck<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:24-mj-00202<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __09/05/2024__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code 751 | Escape from Custody |

This criminal complaint is based on these facts:

See attached affidavit outlining probable cause to arrest defendant for the crime of Escape from Custody.

☑ Continued on the attached sheet.

*Kaleb Anderson*
Complainant's signature

Kaleb Anderson, Deputy U.S. Marshal
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __5:04__ ~~a~~.m./p.m.

Date: September 20, 2024

*Youlee Yim You*
Judge's signature

City and state: Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
Printed name and title